MARCELLA NEWELL, Formerly MARCELLA RODICK, Appellant, v. JOHN HUSTON, Respondent.—

Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.